Order entered December 5, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01293-CV

### JAMES A. WALTER, Appellant

### V.

### 21ST CENTURY INSURANCE COMPANY, ET AL., Appellees

On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-10-08240-A

## ORDER

The Court has before it appellant's November 30, 2012 supplemental motion for additional time to file his brief. The Court **GRANTS** the motion and **ORDERS** appellant to file his brief by December 28, 2012. No further extensions will be granted absent a showing of exceptional circumstances.

MOLLY FRANCIS
JUSTICE